UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TRUSTEES OF THE NATIONAL
AUTOMATIC SPRINKLER INDUSTRY
WELFARE FUND, *et al.*,

      Plaintiffs,

  v.

CATHERINE LOUISE BUSHAW,

      Defendant,

  v.

BANK OF AMERICA, N.A.,

      Garnishee.

Case No. MC20-0038RSL

ORDER TO ISSUE WRIT OF GARNISHMENT

  This matter comes before the Court on plaintiff's "Application for Writ of Garnishment" for property in which the defendant/judgment debtor, Catherine Louise Bushaw, has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Bank of America, N.A. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment (Dkt. # 1-2) submitted by plaintiffs' counsel on June 3, 2020.

  Dated this 5th day of June, 2020.

            */s/ Robert S. Lasnik*
            Robert S. Lasnik
            United States District Judge

ORDER TO ISSUE WRIT OF GARNISHMENT